IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                  Criminal No. 3:14-cr-37-DCB-FKB

RARRON FRAZIER

## ORDER TO REASSIGN

Before the Court is the Motion To Reassign Case to Judge Handling Related Case **[docket entry 2]** filed by the United States Attorney, through his Assistant United States Attorney.

The Court finds that the efficient administration of justice will best be served by the reassignment of this case to United States District Judge Henry T. Wingate and United States Magistrate Judge Linda R. Anderson.

IT IS, THEREFORE, ORDERED that the above styled and numbered cause be reassigned, and that all further proceedings in this matter be brought before United States District Judge Henry T. Wingate and United States Magistrate Judge Linda R. Anderson.

SO ORDERED this the   30th   day of January, 2014.

                                              s/ David Bramlette
                                          United States District Judge